**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| R & L Limited Investments, Inc., an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Cabot Investment Properties, LLC, a Massachusetts limited liability company; Cabot Creekside Acquisition, LLC, a Delaware limited liability company; Carlton P. Cabot, a single man; and Timothy J. Kroll, a single man,<br><br>Defendants. | No. CV-09-1575-PHX-DGC<br><br>**ORDER** |

Defendants have filed a motion for leave to amend their answer to add the defense of loss causation. Doc. 78. Plaintiff does not oppose the motion. Doc. 81. The Court finds that good cause exists to extend the deadline for amending pleadings set forth in the case management order (Doc. 48). *See* Fed. R. Civ. P. 16(b)(4); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608 (9th Cir. 1992). Given the policy in favor of leave to amend, *see* Fed. R. Civ. P. 15(a)(2), the Court will grant Defendants' motion. *See also Foman v. Davis*, 371 U.S. 178, 182 (1962); *Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 880 (9th Cir. 2001).

**IT IS ORDERED:**

1. Defendants' motion for leave to amend answer (Doc. 78) is **granted**.

2. Defendants shall file the amended answer (*see* Doc. 78-1) by **April 1, 2011**.

3. The deadlines set forth in the case management order (Doc. 48) remain in effect.

Dated this 25th day of March, 2011.

David G. Campbell
United States District Judge